IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOWARD L. RICE,

    Plaintiff,

vs.                               Case No.:4:10-CV-203-SPM/WCS

GADSDEN COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice (doc. 17) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen this matter for good cause shown.

DONE and ORDERED this <u>twenty-fourth</u> day of February, 2011.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge